1048

ALLSTATE INSURANCE COMPANY, *Respondent*, v.
WILLIAM T. HARTVIG, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-09513-1, Jim Bates, J., entered April 4
and April 20, 1995. *Reversed* by unpublished opinion per
Coleman, J., concurred in by Baker, C.J., and Ellington, J.

THE STATE OF WASHINGTON, *Respondent*, v. CHAD
SCOTT RICHARDSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-02735-2, Norma Smith Huggins, J.,
entered July 24, 1995. *Affirmed* by unpublished per curiam
opinion.

THE STATE OF WASHINGTON, *Respondent*, v.
SHAREATHA GOLDSTON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-01169-3, Michael Spearman, J., entered
January 3, 1996. *Reversed* by unpublished per curiam
opinion.

THE STATE OF WASHINGTON, *Respondent*, v. ALISHA
POTH, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-07074-6, Norma Smith Huggins, J.,
entered January 9, 1996. *Affirmed* by unpublished per
curiam opinion.